# Memorandum

United States Attorney's Office
Eastern District of California



| Subject: | 2:20-CR-0017-KJM<br>U.S. v. Jeff Carpoff | Date: | January 23, 2020 |
|---|---|---|---|
| To: | **The Honorable John A. Mendez, Courtroom Deputy Harry Vine, and The Honorable Edmund F. Brennan, Courtroom Deputy Nic Cannarozzi** | From: | Kevin C. Khasigian<br>Andre M. Espinosa<br>U.S. Attorney's Office<br>Eastern District of California<br>501 I Street, Ste 10-100<br>Sacramento, California 95814<br>Telephone: (916) 554-2700 |

    The United States requests that the Court set the above-referenced matter for Judge Brennan's 11:00 a.m. calendar on January 23, 2020, for arraignment and waiver of indictment.

    The United States further requests that the Court set the above-referenced matter before Judge Mendez at 10:00 a.m. on January 24, 2020, for a change of plea hearing.

    The parties have been contacted informally, and they will have additional notice through this request and any further notice the Court files.

    Jeff Carpoff is currently not in custody.