UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　　Plaintiff,<br><br>　v.<br><br>Jeff Carpoff,<br><br>　　　　　　　Defendant. | No.  2:20-cr-17 JAM<br><br>**Schedule for Disclosure of Presentence Report and for Filing of Objections to the Presentence Report** |

The Probation Officer and all parties shall adhere to this schedule
unless it is later modified by this Court.

| | |
|---|---|
| Date of Referral to Probation Officer: | January 24, 2020<br>(Date of Plea or Verdict) |
| Judgment and Sentencing Date: | May 19, 2020 @ 9:15 A.M.<br>(At least 14 weeks after plea) |
| Reply, or Statement of Non-Opposition: | May 12, 2020<br>(1 week before sentencing) |
| Motion for Correction of the Presentence Report Shall be Filed with the Court and Served on the Probation Officer and Opposing Counsel no Later Than: | May 5, 2020<br>(2 weeks before sentencing) |
| The Pre-Sentence Report Shall be Filed with the Court and Disclosed to Counsel no Later Than: | April 28, 2020<br>(3 weeks before sentencing) |
| Counsel's Written Objections to the Presentence Report Shall be Delivered to the Probation Officer and Opposing Counsel no Later Than: | April 21, 2020<br>(4 weeks before sentencing) |
| The Proposed Presentence Report Shall be Disclosed to Counsel no Later Than: | April 7, 2020<br>(6 weeks before sentencing) |

COPIES OF THIS SCHEDULE SENT VIA CM/ECF TO:

( x )　AUSA
( x )　Defense Counsel
( x )　USPO

Dated: January 24, 2020　　　　　　　　　　By:  /s/ Harry Vine＿＿＿
　　　　　　　　　　　　　　　　　　　　　　　Harry Vine, Courtroom Deputy