# Memorandum

United States Attorney's Office
Eastern District of California



| | 2:20-CR-0017-JAM | | |
|---|---|---|---|
| *Subject:* | U.S. v. Jeff Carpoff | *Date:* | June 19, 2020 |
| *To:* | **The Honorable John A. Mendez, Courtroom Deputy Harry Vine** | *From:* | **Andre M. Espinosa<br>U.S. Attorney's Office<br>Eastern District of California<br>501 I Street, Ste 10-100<br>Sacramento, California 95814<br>Telephone: (916) 554-2700** |

    The parties jointly request that the Court vacate the sentencing in this matter for defendant Jeff Carpoff, currently scheduled for June 23, 2020, at 9:15a.m., and set a hearing for Status for Judgment and Sentencing on November 10, 2020, at 9:15a.m.

    The defendant's counsel has been contacted informally and will have additional notice through this request and any further notice the Court files.

    Defendant Jeff Carpoff is currently not in custody.