# Memorandum

*United States Attorney's Office*
*Eastern District of California*



| | | | |
|---|---|---|---|
| *Subject:* | 2:20-CR-0017-JAM<br>**U.S. v. Jeff Carpoff** | *Date:* | **March 9, 2021** |
| *To:* | **The Honorable John A. Mendez,<br>Courtroom Deputy Gabriel Michel** | *From:* | **André M. Espinosa<br>U.S. Attorney's Office<br>Eastern District of California<br>501 I Street, Ste 10-100<br>Sacramento, California 95814<br>Telephone: (916) 554-2700** |

    The parties jointly request that the Court vacate the hearing for Judgment and Sentencing in this matter for defendant Jeff Carpoff, currently scheduled for April 6, 2021, at 9:15 a.m., and set a hearing for Judgment and Sentencing on May 25, 2021, at 9:15 a.m.

    The defendant's counsel has been contacted informally and will have additional notice through this request and any further notice the Court files.

    Defendant Jeff Carpoff is currently not in custody.