IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Case №: 2:20-cr-00017 JAM |
| Plaintiff, | ) | |
| | ) | **O R D E R** |
| vs. | ) | **APPOINTING COUNSEL** |
| | ) | |
| JEFF CARPOFF, | ) | |
| | ) | |
| Defendant. | ) | |

The circuit court ordered the Federal Defender to locate counsel for an appeal. CJA Panel attorney Devin Burstein is hereby appointed effective January 21, 2022, the date the Office of the Federal Defender contacted him.

DATED:  January 25, 2022          /s/ John A. Mendez
                                  THE HONORABLE JOHN A. MENDEZ
                                  UNITED STATES DISTRICT COURT JUDGE