IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>JEFF CARPOFF,<br><br>Defendant. | Case №: 2:20-cr-00017 JAM<br><br>**O R D E R<br>APPOINTING COUNSEL** |

The circuit court ordered the Federal Defender to locate counsel for an appeal. CJA Panel attorney Alexis Haller is hereby appointed effective January 21, 2022, the date the Office of the Federal Defender contacted him.

DATED: January 27, 2022

/s/ John A. Mendez
THE HONORABLE JOHN A. MENDEZ
UNITED STATES DISTRICT COURT JUDGE