Alexis Haller SBN 201210
LAW OFFICE OF ALEXIS HALLER
7960B Soquel Drive, #130
Aptos, California 95003
Telephone: (831) 685-4730
Facsimile: (831) 603-4041
E-mail: ahaller@ahlawoffice.com

Attorney for JEFF CARPOFF

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| UNITED STATES OF AMERICA, | Case No. 2:20-CR-017-JAM |
|---|---|
| Plaintiff, | **NOTICE OF JOINDER RE: STIPULATED PROTECTIVE ORDER (ECF No. 34)** |
| vs. | |
| JEFF CARPOFF, | |
| Defendant. | |

PLEASE TAKE NOTICE THAT undersigned counsel Alexis Haller, having been substituted as counsel of record for Defendant Jeff Carpoff in the appeal of the above-captioned matter, has reviewed the Stipulated Protective Order filed in this case on April 29, 2021 (ECF No. 34) ("Protective Order"), and agrees to be fully bound by the terms of said Protective Order. *See* Protective Order ¶ 27.

Dated: March 7, 2022                                                            Respectfully submitted,

/s/ Alexis Haller
ALEXIS HALLER
Attorney for Defendant Jeff Carpoff