UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>            Respondent,<br><br>       v.<br><br>JEFF CARPOFF,<br><br>            Movant. | No. 2:20-cr-0017 DAD KJN P<br><br><br>ORDER |

Respondent filed a motion for an extension of time to file a response to the § 2255 motion pursuant to the court's February 7, 2024 order. Good cause appearing, IT IS HEREBY ORDERED that:

1. Respondent's motion for an extension of time (ECF No. 91) is granted; and

2. Respondent shall file its response on or before April 5, 2024.

Dated: March 4, 2024

_____
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE

/cw/carp0017.236

1