1

2

3

4

5

6

7

8
UNITED STATES DISTRICT COURT

9
FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11
UNITED STATES OF AMERICA,

No.  2:20-cr-0017 DAD AC

12
Respondent,

13
v.

ORDER

14
JEFF CARPOFF,

15
Movant.

16

17
     Movant has requested a forty-five-day extension of time to file objections to the

18
December 12, 2024, findings and recommendations.  Although movant has not identified the

19
reason he requires additional time, the request will be granted.  Movant is cautioned that any

20
further requests for extension must state why he requires additional time and why the time he has

21
already been granted is not sufficient.

22
     Accordingly, IT IS HEREBY ORDERED that:

23
     1.  Movant's request for an extension of time (ECF No. 99) is GRANTED; and

24
     2.  Movant is granted forty-five days from the service of this order in which to file any

25
objections.

26
DATED: January 15, 2025

27
ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE

28